United States District Court for the Southern District of Florida     7/16/20

Reference: Civil Action Case Number 1:12-Civ-21952-JAL Document 16

FILED
JUL 17 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

    I hereby state for the court records and to the Plaintiff (First Time Videos, LLC) my formal OBJECTION and opposition of the disclosure to the plaintiff of my identifying information which the plaintiff seeks in referenced subpoena.  I have a legal right to this objection and wish to protect my privacy.

    My internet service provider Charter Communications was given a deadline date for me to respond which is July 19th 2012.  Please process immediately.


                Respectfully,

                        John Doe (Anonymous)

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| FIRST TIME VIDEOS, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:12-cv-21952-JAL |
| JOHN DOE | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Southern District of Florida ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/Custodian of Records: Charter Communications, LLC c/o Illinois Corporation Service Company; 801 Adlai Stevenson Dr., Springfield, IL 62703.

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Prenda Law, Inc.<br>161 N. Clark St. Ste. 814<br>Chicago, IL 60601 | Date and Time:<br><br>07/16/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___06/01/2012___

CLERK OF COURT

OR   *[signature]*

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
First Time Videos, LLC _____, who issues or requests this subpoena, are:
Paul Duffy, Prenda Law, Inc.; 161 N. Clark St. Suite 3200, Chicago IL 60601; paduffy@wefightpiracy.com; (312) 880-9160

# United States District Court
# Southern District of Florida

Case Number: __12-21952 -CIV JAL__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☐ Photographs
- ☐ Surety Bond (Original <u>or</u> Letter of Understanding)
- ☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)
- ☐ Other: _____

☒ **SCANNED**

- ☒ But Poor Quality  (Darkest copy of Address made)
- ☐ Habeas Cases (State Court Record/Transcript)

Date: __7/17/12__

**EXTREMELY URGENT** *Please Rush To Addressee*

*home or office at usps.com*

*Print postage online - Go to usps.com*

*PLEASE PRESS FIRMLY*

**EXPRESS MAIL®**
**UNITED STATES POSTAL SERVICE**

# Flat Rate Mailing Envelope

***For Domestic and International Use***

***Visit us at usps.com***

UNITED STATES POSTAL SERVICE
1007
JUL 16 '12
AMOUNT
**$18.95**
00094843-01

When used internatio[nal]
affix customs declara[tion]
(PS Form 2976, or 29[...])

EI 445568367 US

PRESS HARD. YOU ARE MAKING 3 COPIES

**EXPRESS MAIL** UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: [illegible] | Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 18.95 |
| Date Accepted: 7 16 12 (Mo. Day Year) | Scheduled Date of Delivery: Month 7 Day 17 | Return Receipt Fee: $ |
| Time Accepted: 2:01 ☐ AM ☒ PM | Scheduled Time of Delivery: ☒ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| Flat Rate ☒ or Weight: lbs. 1 7 ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 18.95 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials: [illegible] |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* **Additional merchandise insurance is void if customer requests waiver of signature.** I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( )
3. [illegible]
64 [illegible] Rd.
Chaplin, Ct 06235

**TO:** (PLEASE PRINT) PHONE ( 305 ) 523-5[illegible]
United States District Court for
the Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North [illegible] Avenue
Miami, Florida [illegible]

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
3 3 1 2 8 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
EMS

USMS INSPECTED BY

Please process before 7!

FILED by [illegible]
JUL [illegible]
STEVEN [illegible]
CLERK [illegible]
S.D. of [illegible]

*USPS packaging produ[cts] awarded Cradle to Crad[le] for their ecologically-int[elligent] For more information go mbdc.com/usps*
Cradle to Cradle Certified℠ is a cert[ification mark]

***Please recycle.***


