**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# Case No. 12 cv 21952 JAL

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

JUL 2 0 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Court Case: First time Videos, LLC
(the Plaintiff) v. Doe, Court Case No:
1:12-cv-21952-JAL
Court: United States District Court for
the Southern District of florida

　　　To Whom it may concern,
I object to any and all matters
concerning my IP address, downloads,
ect. I do not fully understand why
I was sent this letter cause I do not
down load nor do anyone in my houes.
I object to this subpena by the
plaintiff ( First time Video, LLC)

Dee Dion
801 Adlai Stevenson
Springfield, IL 62703

331283 1801

USMS
INSPECTED

FORT WORTH TX 760

RECEIVED

JUL 20 2012
10:58 AM

Freedom
FOREVER

U.S.A

United States District Court for
the Souther District of Florida
400 North Miami Ave.,
Miami Florida 33138