July 19th, 2012

U.S District Court Southern District of Florida

Case No. 1:12-Civ-21952-Lenard-O'Sullivan

FIRST TIME VIDEOS LLC, v. JOHN DOE

FILED by ___ D.C.

JUL 2 3 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Clerk of Court

Wilkie D. Ferguson, Jr., United States Courthouse

400 North Miami Ave., 8th Fl., Miami, FL  33128

I respectfully object to the release of my identifying information as sought after in the subpoena listed in the above case because Charter Communications is required to protect the private customer information for their internet provider accounts. I am the person identified on the account for my apartment, of which five of us share in the use of the internet account and associated IP address. This is not only private information for me but my roommates as well who all use this account.  All of my roommates have computers, some PC's and some Mac's. We also have friends who come over and use our computers. There is no way to confirm that the name on the account is the John Doe in the complaint.

Respectfully yours,

John Doe

96.41.85.209 Charter Communications

Charter Case 12-2207 / ID #28



United States District Court
Southern District of Florida

Case Number: _____ 12 - 21952 CIV JAL / JJO _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original <u>or</u> Letter of Understanding)

    ☐ CD or DVD (Court Order <u>or</u> Trial Purposes only)

    ☐ Other:_____

☒ **SCANNED**

    ☒ But Poor Quality  (no address on envelope

    ☐ Habeas Cases (State Court Record/Transcript)

Date: _____ 7/23/12 _____



USMS
INSPECTED

SANTA ANA CA 926

JUL 20 2012   PM 1 1

RECEIVED

Clerk of Court
400 North Miami Ave., 8ᵗʰ Fl.,
Miami, Florida 33128

33128771699