UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-21952-JAL

FIRST TIME VIDEOS, LLC

    Plaintiff,

v.

DOES 1-25

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS
TO CERTAIN JOHN DOE DEFENDANT WITH IP ADDRESS 168.103.233.252**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses all causes of action against the following Doe Defendant: 168.103.233.252. The doe defendant listed above has neither filed an answer to the complaint nor a motion for summary judgment with respect to same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

First Time Videos, LLC.

**DATED:** August 14, 2012

By: /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
Joseph Perea, P.A.
9100 S. Dadeland Blvd, Ste 1500
Miami, FL 33156 / joperea@perealawfirm.com
T. 305-934-6215
F. 888-229-4968
*Attorney for Plaintiff*

-2-

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 14, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                    /s/ Joseph Perea
                                                    Joseph Perea