# neustar

Date: 08/01/2012

## MASS SUBPOENA NOTIFICATION



Target Details: IP Address 69.133.87.42 on 02/25/2012 05:19:33 PM

Dear Customer:

It is the policy of BrightHouse Networks to notify a subscriber that a subpoena has been received for the subscriber's records.

Accordingly, please be advised that on 07/19/2012 a Civil Proceeding Subpoena Request was received from Paul Duffy, Esq., Attorney for Plaintiff, Phone # (312)-880-9160.

BrightHouse Networks will comply with this subpoena on 08/16/2012 unless we receive legal documents that delay or terminate the process on or before 08/15/2012.

BrightHouse Networks is not a party to this lawsuit and has no information about the basis for the subpoena. Any questions you may have about the subpoena itself should be referred to Paul Duffy, Esq., Attorney for Plaintiff, Phone # (312)-880-9160. If you have a need to contact NeuStar about this letter or our procedure, please contact us at (877) 510-4357, Option 4. To better enable us to provide prompt assistance, please refer to case # MA1108 when calling.

Sincerely,

*Michael J Allison*

Michael Allison
Authorized Agent for Custodian of Records
BrightHouse Networks

If you would like to authorize the release of your records immediately, please sign in the space provided below and fax this page to us at (571) 434-3401.

_____          _____
Customer Signature                                              Date

Neustar, Inc.   21575 Ridgetop Circle, Sterling, VA 20166 /tel: 877 510-4357  fax: 571 434-3401        www.neustar.biz