

**CORPORATION SERVICE COMPANY**

null
Transmittal Number: 10247441

FILED by PRG D.C.

AUG 2 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

# Rejection of Service of Process

**Return to Sender Information:**

United States District Court Southern District of Florida
Office of the Clerk  Room 8N09
400 North Miami Avenue
Miami, FL 33128-7716

| | |
|---|---|
| **Date:** | 08/21/2012 |
| **Party Served:** | John Doe |
| **Title of Action:** | First Time Videos, LLC vs. Doe |
| **Court/Agency:** | U.S. District Court Southern District, Florida |
| **Case/Reference No:** | 1:12-cv-21952-JAL |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscinfo.com. Please include the transmittal number located in the upper right-hand corner of this letter.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com