UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20921-CIV-LENARD/O'SULLIVAN

**FIRST TIME VIDEOS, LLC,**

        Plaintiff,

v.

**JOHN DOES 1-76,**

        Defendants.
_____/

CASE NO. 12-21952-CIV-LENARD/O'SULLIVAN

**FIRST TIME VIDEOS, LLC,**

        Plaintiff,

v.

**JOHN DOES,**

        Defendants.
_____/

## ORDER OF CONSOLIDATION

**THIS CAUSE** is before the Court following the Court's August 31, 2012 Orders directing the Parties to show cause why these cases should not be consolidated by September 7, 2012. (Order to Show Cause, Case No. 12-20921-CIV, D.E. 37; Order to Show Cause, Case No. 12-21952-CIV, D.E. 57.) The Parties did not respond to the Court's Orders. Upon review of the record in both cases and pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that Case No. 12-20921-CIV and Case No. 12-21952-CIV involve common questions of law and fact. Accordingly, in the interest of judicial economy, these cases shall

be consolidated for both pretrial procedures and for trial, and it is:

**ORDERED AND ADJUDGED** that:

1. Case No. 12-20921-CIV-Lenard/O'Sullivan and Case No. 12-21952-CIV-Lenard/O'Sullivan are hereby **CONSOLIDATED**.

2. The higher-numbered case, Case No. 12-21952-CIV-Lenard/O'Sullivan is **ADMINISTRATIVELY CLOSED**.

3. The Clerk is **DIRECTED** to file all pending motions from Case No. 12-21952-CIV-Lenard/O'Sullivan (D.E. 18, 24, 30, 31, 32, 36, 41, 46, 47, 49) under Case No. 12-20921-CIV-Lenard/O'Sullivan.

4. The Parties and the Clerk are **DIRECTED** to file all further pleadings and documents under the lower case number, Case No. 12-20921-CIV-Lenard/O'Sullivan.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 10th day of September, 2012.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**